UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MARGARET REED and**
**FRED REED,**

    Plaintiffs,

vs.                                        Case No. 3:14cv95/MCR/EMT

**GULF POWER SOUTHERN COMPANY,**

    **Defendant.**
_____/

## ORDER

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated March 31, 2014 (doc. 12).  Plaintiffs have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.

    Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This action is **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim on which relief may be granted.

    3.    The Clerk is directed to enter judgment accordingly and close the file.

    **DONE and ORDERED** this 7th day of May, 2014.

                                *M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **CHIEF UNITED STATES DISTRICT JUDGE**